1

**Samuelsen, Gonzalez, Valenzuela & Brown, LLP**
Pamela A. Wilson, SBN 158807

2

3501 Jamboree Rd Suite 602
Newport Beach, California 92660

3

(Tel.): 949.252.1300
(Fax):  949.252.1399

4

5

Attorneys for Lien Claimant/Intervenor
Arch Insurance Company administered by
Athens Administrators

6

7

8

9

UNITED STATES DISTRICT COURT

10

EASTERN DISTRICT OF CALIFORNIA

11

12

LOUIS MOCETTINI, an individual,      )     CASE NO.: 2:13-CV-01300-WBS-DAD

13

       )

14

       )
     Plaintiff,        )     **NOTICE AND MOTION OF LIEN**
       )     **CLAIMANT/INTERVENOR ARCH**

15

   vs.        )     **INSURANCE COMPANY TO**

16

KENWORTH TRUCK COMPANY., a     )     **PARTICIPATE BY TELEPHONE AND**
division of PACCAR, Inc. and Does 1 through )     **[PROPOSED] ORDER**
25, inclusive,        )

17

       )

18

       )     Date:  November 18, 2013
       )     Time:  2:00 p.m.

19

     Defendants        )     Dept.:  5, 14TH Floor
       )     U.S. Dist. Court Eastern Dist.

20

       )     501 I St. #3-200
       )     Sacramento, CA 95814

21

       )

22

       )
_____ )

23

24

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

25

**PLEASE TAKE NOTICE THAT:**

26

27

1

28

NOTICE AND MOTION OF LIEN CLAIMANT/INTERVENOR ARCH INSURANCE
COMPANY TO PARTICIPATE BY TELEPHONE AND [PROPOSED] ORDER

CASE NO. 2:13-CV-01300-WBS-DAD

Plaintiff's Motion To Intervene Or In The Alternative For Remand in the above-entitled matter is set for hearing in the above-entitled Court for November 18, 2013 at 2:00 p.m. in Dept. 5, 14th floor of the , Hon William B. Shubb presiding.  The undersigned counsel for Plaintiff/moving party hereby moves for permission to appear by telephone as the undersigned is in Newport Beach which does not permit the undersigned to have time to drive to Sacramento to appear.

Dated: October 8, 2013          Samuelsen, Gonzalez, Valenzuela & Brown, LLP


/s/ Pamela A. Wilson
Pamela A. Wilson
Attorneys for Plaintiff-in-Intervention/Intervenor
Arch Insurance Company

2

**NOTICE AND MOTION OF LIEN CLAIMANT/INTERVENOR ARCH INSURANCE COMPANY TO PARTICIPATE BY TELEPHONE AND [PROPOSED] ORDER**

CASE NO. 2:13-CV-01300-WBS-DAD

ORDER

The court has considered the request of counsel for Plaintiff/moving party to participate by telephone at the hearing on Motion to Intervene Or In The Alternative For Remand set for November 18, 2013 at 2:00 p.m. and GRANTS said request for that date as well as if the motion is heard on an earlier date on shortened time. **The courtroom deputy shall email counsel with instructions on how to participate in the telephone conference call.**

IT IS SO ORDERED

Dated:  October 15, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**NOTICE AND MOTION OF LIEN CLAIMANT/INTERVENOR ARCH INSURANCE COMPANY TO PARTICIPATE BY TELEPHONE AND [PROPOSED] ORDER**

CASE NO. 2:13-CV-01300-WBS-DAD