**Samuelsen, Gonzalez, Valenzuela & Brown, LLP**
Pamela A. Wilson, SBN 158807
3501 Jamboree Rd Suite 602
Newport Beach, California 92660
(Tel.): 949.252.1300
(Fax):  949.252.1399

Attorneys for Lien Claimant/Intervenor
Arch Insurance Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MOCETTINI, an individual, | CASE NO.: 2:13-CV-01300-WBS-DAD |
| Plaintiff, | **MOTION FOR PERMISSION TO WITHDRAW MOTION TO INTERVENE OR IN THE ALTERNATIVE FOR REMAND;  [PROPOSED] ORDER** |
| vs. | |
| KENWORTH TRUCK COMPANY., a division of PACCAR, Inc. and Does 1 through 25, inclusive, | |
| Defendants | Date:  November 18, 2013<br>Time:  2:00 p.m.<br>Dept.: 5, 14TH Floor<br>U.S. Dist. Court Eastern Dist.<br>501 I St. #3-200<br>Sacramento, CA 95814 |

**TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

1
**MOTION FOR PERMISSION TO WITHDRAW MOTION TO
INTERVENE OR IN THE ALTERNATIVE FOR REMAND**

CASE NO. 2:13-CV-01300-WBS-DAD

**PLEASE TAKE NOTICE THAT** Arch Insurance Company hereby moves for permission to withdraw its Motion To Intervene Or In The Alternative For Remand pursuant to Fed. R. Civ. Pro. Rule 24(a) or 24(B). Arch expressly reserves its right to seek to remand, intervene in the event the case is remanded or to join pursuant to Rule 20 should it deem any such motion necessary. This withdrawal should in no way be construed as prejudicial to Arch's right to intervene or to join in the action in the future.

DATED: October 17, 2013    Respectfully submitted,

Samuelsen, Gonzalez, Valenzuela & Brown, LLP

/s/Pamela A. Wilson\_\_
Pamela A. Wilson
Attorneys for Lien Claimant/Intervenor
Arch Insurance Company

**ORDER**

It is hereby ORDERED that the Motion To Intervene Or In The Alternative For Remand filed by Arch Insurance is WITHDRAWN.  This Order in no way prejudices the right of Arch to seek to intervene or join in the action in the future should it deem such action necessary.

Dated:  October 18, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**MOTION FOR PERMISSION TO WITHDRAW MOTION TO INTERVENE OR IN THE ALTERNATIVE FOR REMAND**

CASE NO. 2:13-CV-01300-WBS-DAD