HORACE W. GREEN, BAR NO. 115699
hgreen@bpbsllp.com
CONNOR M. DAY, BAR NO. 233245
cday@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
1333 N. California Blvd., Suite 350
Walnut Creek, California  94596
Telephone:   (925) 944 9700
Facsimile:   (925) 944 9701

Attorneys for Defendant
Kenworth Truck Company, an unincorporated
division of PACCAR, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Mocettini,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kenworth Truck Company, a division of PACCAR, Inc., and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | No.  2:13-cv-01300-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE DISCLSOURE AND SUBMITTAL OF REPORTS OF EXPERTS INTENDED SOLELY FOR REBUTTAL AND TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY** |

　　　　WHEREAS, on September 20, 2013, the Honorable William B. Shubb, issued a Status (Pretrial Scheduling) Order (the "Order") setting a deadline of May 30, 2014 to disclose experts intended solely for rebuttal and to produce expert rebuttal reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

　　　　WHEREAS, the Order requires all discovery to be completed by June 30, 2014.

　　　　WHEREAS, to date the Parties have taken a total of seven (7) depositions and have scheduled, or are in the process of scheduling, twelve (12) more depositions of percipient witnesses and experts in the month of June 2014.

///

348234.1

STIPULATION AND ORDER

1  WHEREAS, the Parties have met and conferred and agreed that in light of the depositions currently scheduled and to be scheduled in the month of June 2014, the Parties need additional time to disclose experts, and produce reports, intended solely for rebuttal and to take the depositions of said experts.

WHEREAS, in light of the above, the Parties, by and through their respective counsel, hereby jointly stipulate and request, pursuant to Section IX of the Order and Local Rule 143, to the following extensions of time:

1.  The deadline to disclose experts intended solely for rebuttal and to produce expert rebuttal reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall now be on or before July 18, 2014; and

2.  Discovery shall be extended to and completed by August 8, 2014, but only with respect to those experts disclosed by the parties who are intended solely for rebuttal.

**IT IS SO STIPULATED.**

Dated: May 29, 2014                **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:     /s/ Connor M. Day
Connor M. Day
Attorneys for Defendant Kenworth Truck Company, an unincorporated division of PACCAR, Inc.

Dated: May 29, 2014                **Arnold Law Firm**

By:     /s/ Kiersta D. Perlee
Kiersta D. Perlee
Attorneys for Plaintiff, Louis Mocettini

**ORDER**

Pursuant to the joint stipulation of the parties, the Status (Pretrial Scheduling) Order issued on September 20, 2013 is hereby modified as follows:

1. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 18, 2014; and

2. Discovery shall be completed by August 8, 2014, but only with respect to those experts disclosed by the Parties who are intended solely for rebuttal. All other discovery shall be completed by June 30, 2014.

**IT IS SO ORDERED.**

**Dated: May 30, 2014**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
mocettini1300.stip.eot.deadlines.ord.DOCX