HORACE W. GREEN, BAR NO. 115699
hgreen@bpbsllp.com
CONNOR M. DAY, BAR NO. 233245
cday@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
1333 N. California Blvd., Suite 350
Walnut Creek, California 94596
Telephone:  (925) 944 9700
Facsimile:  (925) 944 9701

Attorneys for Defendant
Kenworth Truck Company, an unincorporated
division of PACCAR, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Mocettini,<br><br>            Plaintiff,<br><br>   v.<br><br>Kenworth Truck Company, a division of PACCAR, Inc., and Does 1 through 25, inclusive,<br><br>            Defendants. | No. 2:13-cv-01300-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE DISCLSOURE AND SUBMITTAL OF REPORTS OF EXPERTS INTENDED SOLELY FOR REBUTTAL AND TO EXTEND DEADLINE TO COMPLETE EXPERT DISCOVERY** |

WHEREAS, on September 20, 2013, the Honorable William B. Shubb, issued a Status (Pretrial Scheduling) Order (the "Order") setting a deadline of May 30, 2014 to disclose experts intended solely for rebuttal and to produce expert rebuttal reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

WHEREAS, the Order requires all discovery to be completed by June 30, 2014.

WHERAS, on May 29, 2014, the parties stipulated and agreed to continue the deadline to disclose experts intended solely for rebuttal and to produce expert rebuttal reports in accordance with Federal Rule of Civil Procedure 26(a)(2) until July 18, 2014 in order to allow the parties

354536.1

additional time to take depositions of percipient witnesses in the months of June and July 2014.

WHEREAS, on June 2, 2014, the Court issued an order continuing the deadline to disclose expert rebuttal reports until July 18, 2014 and continuing the deadline to complete the discovery of rebuttal experts by August 8, 2014.

WHERAS, the Plaintiff previously noticed the deposition of the person most knowledge ("PMK") at Reliable Trucking, Plaintiff's former employer, concerning Plaintiff's employment, including, but not limited to, wages, fringe benefits, vacation, health insurance, sick leave, pension, 401K, bonuses overtime, and any other employment benefits, but said deposition had to be continued to July 22, 2014 in order to accommodate the schedule of the PMK at Reliable Trucking and Reliable Trucking's counsel.

WHEREAS, the Parties have met and conferred and agreed that the Parties need additional time to disclose experts, and produce reports, intended solely for rebuttal so that the Parties can take the deposition of the person most knowledge at Reliable Trucking on July 22, 2014.

WHEREAS, in light of the above, the Parties, by and through their respective counsel, hereby jointly stipulate and request, pursuant to Section IX of the Order and Local Rule 143, to the following extensions of time:

1. The deadline to disclose experts intended solely for rebuttal and to produce expert rebuttal reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall now be on or before July 25, 2014; and

2. Discovery shall be extended to and completed by August 15, 2014, but only with respect to those experts disclosed by the parties who are intended solely for rebuttal.

///
///
///
///
///
///

354536.1 - 2 -

**IT IS SO STIPULATED.**

Dated: July18, 2014                     **BUCHMAN PROVINE BROTHERS SMITH LLP**


By:      /s/ Connor M. Day
    Connor M. Day
    Attorneys for Defendant Kenworth Truck
    Company, an unincorporated division of
    PACCAR, Inc.

Dated: July18, 2014                     **Arnold Law Firm**


By:      /s/ Anthony M. Ontiveros
    Anthony M. Ontiveros
    Attorneys for Plaintiff, Louis Mocettini

354536.1                                                    - 3 -

**ORDER**

Pursuant to the joint stipulation of the parties, the Status (Pretrial Scheduling) Order issued on September 20, 2014 is hereby modified as follows:

1. With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 25, 2014; and

2. Discovery shall be completed by August 15, 2014, but only with respect to those experts disclosed by the Parties who are intended solely for rebuttal.

**IT IS SO ORDERED.**

Dated: July 23, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civi
mocettini1300.stip.eot.deadlines2.ord.docx

354536.1               - 4 -