HORACE W. GREEN, BAR NO. 115699
hgreen@bpbsllp.com
CONNOR M. DAY, BAR NO. 233245
cday@bpbsllp.com
BUCHMAN PROVINE BROTHERS SMITH LLP
2033 N. Main St., Suite 720
Walnut Creek, California  94596
Telephone:  925 944 9700
Facsimile:  925 944 9701

Attorneys for Defendant
Kenworth Truck Company, an unincorporated
division of PACCAR, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Louis Mocettini,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kenworth Truck Company, a division of PACCAR, Inc., and Does 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.  2:13-CV-01300-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW DEFENDANT TO AMEND ITS LIST OF TRIAL WITNESSES TO PERMIT PAUL GIAMPAPA TO TESTIFY AT TRIAL**<br><br>Trial Date: January 13, 2014<br>Judge:　　Hon. William B. Shubb<br>Dept.:　　Courtroom 5, 14th Floor |

　　　　WHEREAS, on November 3, 2014, Defendant Kenworth Truck Company, an unincorporated division of PACCAR, Inc. ("Kenworth") submitted its Pretrial Statement to provide the Court with, amongst other items, it's List of Trial Witnesses in the above matter.

　　　　WHEREAS, on November 10, 2014, the Honorable William B. Shubb issued the Final Pretrial Order (the "Order") in this matter, which set forth the witnesses to be called by the parties at trial pursuant to the parties' respective Pretrial Statements.

　　　　WHERAS, Kenworth inadvertently failed to include Paul Giampapa in its List of Trial Witnesses in its Pretrial Statement.

373280.1

WHEREAS, Section VII(D)(1) of the Order allows a party to amend its witness list to include additional witnesses to testify at trial pursuant to the stipulation of the parties.

WHEREAS, in light of the above, the parties, by and through their respective counsel, hereby jointly stipulate, pursuant to Section VII(D)(1) of the Order, to permit Paul Giampapa to testify at trial.

**IT IS SO STIPULATED.**

Dated: December 9, 2014    **BUCHMAN PROVINE BROTHERS SMITH LLP**

By:    /s/ Horace W. Green
Horace W. Green
Attorneys for Defendant Kenworth Truck
Company, an unincorporated division of
PACCAR, Inc.

Dated: December 9, 2014    **ARNOLD LAW FIRM**

By:    /s/ Anthony M. Ontiveros
Anthony M. Ontiveros
Attorneys for Plaintiff, Louis Mocettini

BUCHMAN PROVINE BROTHERS SMITH LLP
ATTORNEYS AT LAW
WALNUT CREEK, CA

373280.1    - 2 -
STIPULATION AND [PROPOSED] ORDER
2:13-CV-01300-WBS-DAD

# **ORDER**

Pursuant to the joint stipulation of the parties, and VII(D)(1) of the Final Pretrial Order issued on November 10, 2014, it is hereby ordered as follows:

Defendant Kenworth Truck Company, an unincorporated division of PACCAR, Inc., shall be permitted to call Paul Giampapa as a witness at the trial in the above-entitled matter.

**IT IS SO ORDERED.**

Dated: December 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE