Clayeo C. Arnold, SBN 65070
Anthony M. Ontiveros, SBN 152758
Kiersta D. Perlee, SBN 187675
**CLAYEO C. ARNOLD**
**A Professional Law Corporation**
865 Howe Avenue
Sacramento, CA 95825
Tel: (916) 924-3100
Fax: (916) 924-1829
Email:aontiveros@justice4you.com
Email:kperlee@justice4you.com

Attorneys for Plaintiff LOUIS MOCETTINI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MOCETTINI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>KENWORTH TRUCK COMPANY, A DIVISION OF PACCAR, INC., and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No.:　　2:13-cv-01300-WBS-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MEDICAL EXPENSES AND WAGE REPLACEMENT BENEFITS**<br><br>Trial Date:　February 3, 2015<br>Time:　　　9:00 a.m.<br>Judge:　　　Hon. William B. Shubb<br>Dept.:　　　Courtroom 5, 14th Floor |

　　　THE PARTIES, by and through their counsel of record hereby stipulate that the chart attached hereto as **Exhibit 1** reflects amounts paid for medical services provided to Louis Mocettini on the dates indicated and from the medical providers indicated such that the parties agree that there is no need for a witness to lay foundation for the medical expenses set forth in the chart, and **Exhibit 1** may be admitted into evidence as proof of the amounts paid for past medical services.  However, the parties continue to dispute whether the listed medical services were reasonable or necessary to treat the injuries which Louis Mocettini has put at issue in this action.

-1-
**STIPULATION AND [PROPOSED] ORDER REGARDING MEDICAL EXPENSES AND WAGE REPLACEMENT BENEFITS**

Further, Reliable Trucking has filed a lien in this case for recovery of wage continuation benefits it paid to Louis Mocettini in the sum of $66,176.00.  Additionally, the Third Party Administrator of Reliable Trucking's workers' compensation program, Athens Administrators, has notified the parties to this action that it has paid Louis Mocettini temporary disability benefits and permanent disability benefits in the sum of $24,889.20.  The parties hereby stipulate for the purpose of post-verdict motions only, that these sums accurately represent amounts which Reliable Trucking and Athens Administrators paid to date to Louis Mocettini.

**IT IS SO STIPULATED**.

Dated: January 28, 2015                    ARNOLD LAW FIRM


By:   /s/ Anthony M. Ontiveros
      Anthony M. Ontiveros
      Attorneys for Plaintiff, Louis Mocettini


Dated: January 28, 2015                    BUCHMAN PROVINE BROTHERS SMITH, LLP


By:   /s/ Horace W. Green
      Horace W. Green
      Attorneys for Defendant Kenworth Truck
      Company, an unincorporated division of
      PACCAR, Inc.


Dated: January 28, 2015                    LAW OFFICES OF CLARK W. PATTEN


By:   /s/ Clark W. Patten
      Clark W. Patten
      Attorney for Arch Insurance Company & Reliable
      Trucking, Inc.

**STIPULATION AND [PROPOSED] ORDER REGARDING MEDICAL EXPENSES AND WAGE REPLACEMENT BENEFITS**

## ORDER

Pursuant to the joint stipulation of the parties it is hereby ordered that Exhibit 1 as attached hereto shall be admitted as proof of the amounts paid for past medical services provided to Louis Mocettini.

It is further ordered pursuant to the joint stipulation of the parties, and for the purpose of post-verdict motions only, that this stipulation establishes that Reliable Trucking paid wage continuation benefits to Louis Mocettini in the sum of $66,176.00 and that Athens Administrators has paid Louis Mocettini temporary disability benefits and permanent disability benefits in the sum of $24,889.20.

IT IS SO ORDERED.

Dated:  January 29, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE