FILED

FEB 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----ooOoo----

| | |
|---|---|
| LOUIS MOCETTINI, | CIV. NO. 2:13-01300 WBS DAD |
| Plaintiff, | |
| v. | VERDICT FORM |
| KENWORTH TRUCK COMPANY, A DIVISION OF PACCAR, INC., and Does 1 Through 25, Inclusive, | |
| Defendants. | |

We, the jury, answer the questions submitted to us as follows:

## I. STRICT LIABILITY - DEFECTIVE DESIGN CLAIM

1. Did defendant manufacture the grab handle?

   Yes __X__     No _____

A. Consumer Expectation Test

2. Did the grab handle fail to perform as safely as an ordinary consumer would have expected when used or misused in an intended or reasonably foreseeable way?

1

1           Yes _____      No __X__

3. Was plaintiff harmed?

          Yes __X__      No _____

4. Was the grab handle's failure to perform safely a substantial factor in causing harm to plaintiff?

          Yes _____      No __X__

B. <u>Risk-benefit Test</u>

5. Did the risks of the grab handle's design outweigh the benefits of the design?

          Yes _____      No __X__

6. Was the grab handle's design a substantial factor in causing harm to plaintiff?

          Yes _____      No __X__

## II. <u>DAMAGES</u>

7. What are plaintiff's damages?

    A. Past Economic Loss:
        Lost earnings     $ 0
        Medical Expenses  $ 0
        Other             $ 0

                Total Past Economic Damages:  $ 0

    B. Future Economic Loss:
        Lost earnings     $ 0
        Medical Expenses  $ 0
        Other             $ 0

                Total Future Economic Damages:  $ 0

```
        C. Past noneconomic loss, including physical
           pain and mental suffering:                          $   ∅

        D. Future noneconomic loss, including physical
           pain and mental suffering:                          $   ∅


                                                     TOTAL:   $   ∅
```

## II. Affirmative Defenses

A. Product Misuse Defense

8.  Was the grab handle misused or modified after it left defendant's possession in a way that was so highly extraordinary that it was not reasonably foreseeable?

    Yes _____          No ___X___

9.  Was the misuse or modification the sole cause of plaintiff's harm?

    Yes _____          No ___X___

B. Plaintiff's Contributory Negligence Defense And/Or Reliable Trucking Company's Contributory Negligence Defense

10. Was plaintiff negligent?

    Yes ___X___          No _____

11. Was plaintiff's negligence a substantial factor in causing his harm?

    Yes ___X___          No _____

12. Was Reliable Trucking Company negligent?

    Yes ___X___          No _____

3

13. Was Reliable Trucking Company's negligence a substantial factor in causing harm to plaintiff?

        Yes _____        No __X__

14. What percentage of responsibility for plaintiff's harm do you assign to plaintiff, defendant, and Reliable Trucking Company?

        Plaintiff: __90__ %

        Defendant: __0__ %

  Reliable Trucking Company: __10__ %

        **Total:** 100 %

*You have completed the Verdict Form. Have the foreperson sign and date the Verdict Form.*

Dated: 2/18/15        _____
                                Foreperson