# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**LOUIS MOCETTINI,**

       v.

CASE NO: **2:13–CV–01300–WBS–DAD**

**KENWORTH TRUCK COMPANY,**

---

**XX** –– **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 2/18/15**

                                                           **Marianne Matherly**
                                                           Clerk of Court

ENTERED:  **February 19, 2015**

                                      by: /s/ L. Mena–Sanchez
                                                     Deputy Clerk