UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| LOUIS MOCETTINI, | CIV. NO. 2:13-01300 WBS DAD |
|---|---|
| Plaintiff, | ORDER RE: COSTS |
| v. | |
| KENWORTH TRUCK COMPANY, A DIVISION OF PACCAR, INC., AND DOES 1 THROUGH 25, INCLUSIVE, | |
| Defendants. | |

----oo0oo----

After judgment was entered in favor of defendant (Docket No. 116), defendant submitted a cost bill totaling $10,453.60 (Docket No. 118). Local Rule 292(c) provided plaintiff with seven days from the date of service to object, and plaintiff did not object.

Rule 54(d)(1) of the Federal Rules of Civil Procedure and Local Rule 292 govern the taxation of costs, which are generally subject to limits set under 28 U.S.C. § 1920. See 28 U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.

1

1  54(d)(1) ("Unless a federal statute, these rules, or a court
2  order provides otherwise, costs--other than attorney's fees--
3  should be allowed to the prevailing party."); E.D. Cal. Local R.
4  292(f); Crawford Fitting Co. v. J.T. Gibbons, Inc., 482 U.S. 437,
5  441 (1987) (limiting taxable costs to those enumerated in §
6  1920).

7      Defendant has requested $10,453.60 in costs based on
8  services that were actually and necessarily performed, including
9  obtaining certified transcripts, making copies of materials, and
10 docket fees.  After reviewing the bill, and in light of the fact
11 that plaintiff has not objected, the court finds the requested
12 costs to be reasonable.  Accordingly, costs of $10,453.60 will be
13 allowed.

14     IT IS SO ORDERED.
15 Dated:  March 16, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2